1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    WESTERN DISTRICT OF WASHINGTON
9

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF HUBERT YUEN and MICHELLE SAGA, REGISTERED OWNERS OF THE 1989 27-FOOT BAYLINER CIERA, REG. # WN5990RR, HIN #:  BL3A555T1889, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CASE No.: 2:13-cv-01834-RAJ<br><br>[PROPOSED] ORDER DIRECTING ISSUANCE OF NOTICE, PUBLICATION THEREOF AND GRANTING AN INJUNCTION RESTRAINING THE PROSECUTION OF ANY CLAIM ARISING OUT OF, OCCASIONED BY, OR CONSEQUENT UPON OR OTHERWISE CONNECTED WITH THE INCIDENT IN QUESTION |

WHEREAS, a complaint has been filed herein on October 10, 2013, pursuant to Rules F(l) and (2) of the Supplemental Rules for Certain Admiralty and Maritime Claims by the above-named Limitation Plaintiffs as owners and/or operators of the 1989 27-foot Bayliner Ciera, Reg. # WN5990RR, HIN # BL3A555T1889 ("Vessel"), praying for exoneration from and/or limitation of their liability in connection with an incident occurring on or about June 23, 2013, in which several claimants allege to have been injured or sustained damage to their property while the Vessel was docked at the Des Moines Marina located at 22307 Dock Avenue South, Des Moines, Washington 98198 and for certain other relief; and the Complaint having stated the facts and

[PROPOSED] ORDER DIRECTING ISSUANCE OF NOTICE, PUBLICATION THEREOF AND GRANTING AN INJUNCTION - 1

HELLER WIEGENSTEIN PLLC
144 RAILROAD AVENUE, SUITE 210
EDMONDS, WA 98020
(425) 778-2525
(425) 778-2566 FAX

circumstances upon which said exoneration and limitation are claimed; and it appearing that claims have been made against Limitation Plaintiffs for loss, damage, destruction, injury, or death alleged to have been incurred in consequence of the aforesaid incident; and

WHEREAS, Limitation Plaintiffs have given a security in the sum of $500.00 for costs, plus interest at the rate of six percent (6%) from the date of security, and have duly posted security therefore; and

WHEREAS, due to the Vessel being a complete loss, no security for value is required to be deposited; and

WHEREAS, the Court has approved of no security for value and the security for costs provided by Plaintiff pursuant to Rule F(l) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Local Admiralty Rule 120(b);

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a notice of issue out of and under the seal of this Court in the form attached hereto, against all persons claiming damages for any and all loss, destruction, damage, injury, or death caused by or resulting from the aforesaid incident in the waters of the Des Moines Marina, occurring on or about June 23, 2013, referred to in the Complaint, citing them and each of them to file their respective claims on or before December 13, 2013; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the aforesaid notice be given by publication thereof in the Daily Journal of Commerce, a newspaper published in Seattle, once a week for at least four (4) consecutive weeks until the return day of said notice, and that the first publication of said notice be at least thirty days before said return day, and that a copy of said notice be served on the respective attorneys for all persons and other legal entities who at the time of making this order shall have filed or begun suits for damage, loss or destruction arising out of or related to the matters aforesaid, together with a copy of this Order, such service to be made at least thirty (30)

[PROPOSED] ORDER DIRECTING ISSUANCE OF NOTICE,
PUBLICATION THEREOF AND GRANTING AN INJUNCTION - 2

HELLER WIEGENSTEIN PLLC
144 RAILROAD AVENUE, SUITE 210
EDMONDS, WA 98020
(425) 778-2525
(425) 778-2566 FAX

days before the return day; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a copy of said notice under this order be mailed on or before the date of the second publication (1) to the last known address of those persons as are reported to have been injured, as set forth in the Complaint, and to any attorneys known to represent them, and (2) to such other persons and other legal entities as are known to have or to assert any claim against the Plaintiffs or the Vessel and to any attorney known to represent them; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the beginning or prosecution of any and all suits, actions or proceedings of any nature or description whatsoever against Limitation Plaintiffs herein, their agents, servants or employees or against the Vessel, except in the present proceeding, in respect of any claim arising out of, occasioned by, consequent upon or otherwise connected with the aforesaid incident, or arising during the voyage upon which the Vessel was then engaged, are hereby stayed and restrained until such time as the Court determines whether to dissolve the injunction; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that service of this Order as a restraining order be made within this District in the usual manner by delivering a copy of this Order to the persons and other legal entities to be restrained, or their prospective attorneys.

DATED this 8th day of November, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER DIRECTING ISSUANCE OF NOTICE,
PUBLICATION THEREOF AND GRANTING AN INJUNCTION - 3

**HELLER WIEGENSTEIN PLLC**
144 RAILROAD AVENUE, SUITE 210
EDMONDS, WA 98020
(425) 778-2525
(425) 778-2566 FAX