UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF HUBERT YUEN and MICHELLE SAGA, REGISTERED OWNERS OF THE 1989 27-FOOT BAYLINER CIERA, REG. # WN5990RR, HIN #:  BL3A555T1889, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CASE No.:  C13-1834RAJ<br><br>NOTICE OF COMPLAINT FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY |

WHEREAS Hubert Yuen and Michelle Saga, owners and/or operators of the 1989 27-foot Bayliner Ciera, Registration Number WN5990RR, Hull Identification Number BL3A555T1889, (hereinafter "Vessel"), filed a complaint pursuant to the Limitation of Liability Act, 46 U.S. Code § 30501 *et seq.*, claiming the right to exoneration from and/or limitation of liability for all claims against them for injury, death or other damage resulting from an incident occurring on June 23, 2013, in which several claimants allege to have been injured or sustained damages while the Vessel was docked upon the navigable waters of the Des Moines Marina located at 22307 Dock Avenue South, Des Moines, Washington, 98198;

WHEREAS, the aforesaid owners and/or operators of the Vessel state that the Vessel burned and was completely lost; no wreckage, strippings, or proceeds

NOTICE OF COMPLAINT FOR EXONERATION FROM AND/OR
LIMITATION OF LIABILITY -  1

**HELLER WIEGENSTEIN PLLC**
144 RAILROAD AVENUE, SUITE 210
EDMONDS, WA 98020
(425) 778-2525
(425) 778-2566 FAX

were recovered; and no freight was aboard;

WHEREAS, the Court having directed by its Order Directing Issuance of Notice, Publication Thereof and Granting an Injunction Restraining the Prosecution of Any Claim Arising Out of, Occasioned By, or Consequent Upon or Otherwise Connected with the Incident in Question, entered on November 8, 2013, that all persons or legal entities claiming damages for any and all loss, destruction, damage, injury or death caused by or resulting from the aforesaid incident must file their respective claims on or before December 13, 2013;

PLEASE TAKE NOTICE that all persons or legal entities having such claims must file them, as provided in Rule F, Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Court House, 700 Stewart Street, Seattle, WA 98101, and serve on or mail to the Limitation Plaintiffs' attorneys, Thomas A. Heller, Heller Wiegenstein PLLC, 144 Railroad Avenue, Suite 210, Edmonds, WA 98020, a copy thereof on or before December 13, 2013, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest the claims of Limitation Plaintiffs must file an answer to said complaint, as required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and serve on or mail a copy to Limitation Plaintiffs' attorneys, on or before December 13, 2013.

This Notice is issued by Order of the Court pursuant to Rule F(4) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

DATED this 8th day of November, 2013.

_____
The Honorable Richard A. Jones
United States District Judge

NOTICE OF COMPLAINT FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY - 2

**HELLER WIEGENSTEIN PLLC**
144 RAILROAD AVENUE, SUITE 210
EDMONDS, WA 98020
(425) 778-2525
(425) 778-2566 FAX