The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF HUBERT YUEN and MICHELLE SAGA, REGISTERED OWNERS OF THE 1989 27-FOOT BAYLINER CIERA, REG. # WN5990RR, HIN #: BL3A555T1889, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CASE No.: 2:13-cv-01834-RAJ<br><br>[PROPOSED] ORDER GRANTING DEFAULT JUDGMENT |

The Court, having reviewed the Limitation Plaintiffs' Motion for Default Judgment against All Persons and Entities That Have Not Filed Claims and the record to date, hereby finds and orders:

1. Limitation Plaintiffs' Motion for Default Judgment is GRANTED;

2. No person or entity who did not file a claim or answer on or before December 20, 2013 shall be permitted to file a claim or answer in this action or pursue any proceedings of any nature or description in any venue whatsoever against Limitation Plaintiffs, their agents, servants or employees, or against the Vessel for injury, death, or other damage arising out of the voyage that ended with a fire on the Vessel on June 23, 2013, while the Vessel was docked upon

[PROPOSED] ORDER GRANTING DEFAULT JUDGMENT - 1

HELLER WIEGENSTEIN PLLC
144 RAILROAD AVENUE, SUITE 210
EDMONDS, WA 98020
(425) 778-2525
(425) 778-2566 FAX

navigable waters in the Des Moines Marina located in the City of Des Moines.

DATED this 21st day of February, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING DEFAULT JUDGMENT - 2

**HELLER WIEGENSTEIN PLLC**
144 RAILROAD AVENUE, SUITE 210
EDMONDS, WA 98020
(425) 778-2525
(425) 778-2566 FAX